RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
SYLVIA IRVIN
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577 Phone
(702) 388-6261 Fax
Sylvia_Irvin@fd.org
Attorney for Danny Ray Salzer

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANNY RAY SALZER,<br><br>Defendant. | Case No. 2:18-cr-189-MMD-EJY<br><br>**STIPULATION TO RESTITUTION AMOUNT AND PROPOSED ORDER** |

It is stipulated and agreed to by and between United States Attorney Nicholas A. Trutanich and Assistant United States Attorney Elham Roohani, counsel for the United States of America, and Federal Defender Rene L. Valladares and Assistant Federal Defender Sylvia Irvin, counsel for Defendant Danny Ray Salzer, that the restitution amount has been agreed upon and that as a result, it is not necessary for this Court to set a restitution hearing.

This parties enter this Stipulation for the following reasons:

1. On October 16, 2019, this Court sentenced Mr. Salzer to 186 months of imprisonment. ECF Nos. 48, 50. As requested by the parties, this Court agreed to postpone the restitution hearing to allow the parties to finalize the restitution amount. ECF No. 48. At the sentencing hearing, Mr. Salzer waived his right to be present at the restitution hearing. *See id.*

2. Since the sentencing hearing, the parties have conferred regarding the restitution amount. Defense counsel agrees that the Government has met its burden under *Paroline v.*

*United States*, 572 U.S. 434 (2014), and *United States v. Galan*, 804 F.3d 1287 (9th Cir. 2015). Accordingly, Mr. Salzer has no legal or factual objections to the restitution request and agrees to pay restitution to Z.R. in the amount of $23,328.00. No other restitution requests were presented to the Defendant and defense counsel by the Government as to any other victim.

3. The parties agree that Mr. Salzer should pay restitution in the total amount of $23,328.00 to Z.R., and request the Court allow Mr. Salzer to make nominal monthly payments. Concurrent with this Stipulation, the restitution list is being filed **under seal** because it contains the name of the victim.

DATED this 27th day of January, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By  */s/ Sylvia Irvin*<br>    Sylvia Irvin<br>    Assistant Federal Public Defender | By  */s/ Elham Roohani*<br>    Elham Roohani<br>    Assistant United States Attorney |

### RESTITUTION ORDER

Based on the Stipulation submitted by counsel for the Government and defense counsel, IT IS THEREFORE ORDERED that the Defendant Danny Ray Salzer will pay restitution in the amount of $23,328.00 to Z.R. The restitution list will be attached to the final judgment and filed **UNDER SEAL**.

DATED  27th  day of January, 2020.

_____
THE HONORABLE MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2