UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00189-MMD-EJY |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| DANNY RAY SALZER, | |
| Defendant. | |

Pending before the Court is Defendant Danny Ray Salzer's Motion requesting for a copy of his criminal docket. ECF No 61. Defendant provides no reason for the request. Defendant's case has been closed since February 2020. Under these circumstances, the Court finds no factual or legal basis upon which to grant the request.

Accordingly, IT IS HEREBY ORDERED that the Motion requesting a copy of criminal docket (ECF No. 61) is DENIED.

Dated this 21st day of August, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1