UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00189-MMD-EJY |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| DANNY RAY SALZER, | |
| Defendant. | |

Pending before the Court is Defendant's Motion for Attorney Records. ECF No. 63. The docket reflects Plaintiff continues to be represented by counsel, which ordinarily precludes Plaintiff from directly filing motions before the Court. However, the Court notes that following the prior order precluding Plaintiff from proceedings there was no response by counsel despite service of the Court's Order on the Federal Public Defender's Office. The Court further notes Defendant is seeking transcripts of proceedings; however, the docket reflects no transcripts were created. Hence, there is no reason to believe defense counsel has transcripts to share.

Based on the foregoing, IT IS HEREBY ORDERED that a copy of this Order is to be sent to Heidi Ojeda at the Federal Public Defender's Office as follows: Heidi_Ojeda@fd.org.

IT IS FURTHER ORDERED that the Federal Public Defender must notify Defendant of its status of counsel. The Federal Public Defender must also explain to Defendant whether there are any transcripts to provide and, if not, discuss what records he seeks.

IT IS FURTHER ORDERED that the Federal Public Defender must provide Defendant copies of a limited number of documents. Plaintiff is *not* entitled to every document in the record.

IT IS FURTHER ORDERED that, except as stated above, Defendant's Motion for Attorney Records (ECF No. 63) is DENIED.

Dated this 26th day of September, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE